UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 27760
    NADINE M KOUROUMA

                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-3696

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 10/16/2008 and was not confirmed.

    The case was dismissed without confirmation 02/04/2009.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| US BANK NATIONAL ASSOCIA | CURRENT MORTG | .00 | .00 | .00 |
| US BANK NATIONAL ASSOCIA | MORTGAGE ARRE | .00 | .00 | .00 |
| OCWEN FEDERAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| OCWEN FEDERAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| OCWEN FEDERAL BANK | MORTGAGE ARRE | .00 | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | 838.51 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 7732.13 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 2903.39 | .00 | .00 |
| PRA RECEIVABLES MGMT | UNSECURED | 7974.50 | .00 | .00 |
| PRA RECEIVABLES MGMT | UNSECURED | 14062.71 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1492.85 | .00 | .00 |
| LVNV FUNDING | UNSECURED | 9262.65 | .00 | .00 |
| LVNV FUNDING | UNSECURED | 9239.37 | .00 | .00 |
| LVNV FUNDING | UNSECURED | 8652.97 | .00 | .00 |
| UNIVERSITY OF AESTHETICS | UNSECURED | NOT FILED | .00 | .00 |
| T MOBILE BANKRUPTCY DEPT | UNSECURED | NOT FILED | .00 | .00 |
| HSBC/RS | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING | UNSECURED | 2907.95 | .00 | .00 |
| TFC CREDIT CORP | UNSECURED | NOT FILED | .00 | .00 |
| US BANK | UNSECURED | NOT FILED | .00 | .00 |
| MR KOUROUMA | NOTICE ONLY | NOT FILED | .00 | .00 |
| MR KOUROUMA | NOTICE ONLY | NOT FILED | .00 | .00 |
| FINANCIAL RECOVERY | UNSECURED | 9705.44 | .00 | .00 |
| OCWEN LOAN SERVICING | MORTGAGE NOTI | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 2748.90 | .00 | .00 |
| ROUNDUP FUNDING LLC | SECURED NOT I | 886.85 | .00 | .00 |
| FAIR DEALS OF IL | SECURED | 24357.00 | .00 | .00 |
| FAIR DEALS OF IL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 4767.02 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 841.50 | | 841.50 |
| TOM VAUGHN | TRUSTEE | | | 65.29 |
| DEBTOR REFUND | REFUND | | | 1,093.21 |

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------


              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 27760 NADINE M KOUROUMA

|                      | RECEIPTS  | DISBURSEMENTS |
|----------------------|-----------|---------------|
| TRUSTEE              | 2,000.00  |               |
| PRIORITY             |           | .00           |
| SECURED              |           | .00           |
| UNSECURED            |           | .00           |
| ADMINISTRATIVE       |           | 841.50        |
| TRUSTEE COMPENSATION |           | 65.29         |
| DEBTOR REFUND        |           | 1,093.21      |
| TOTALS               | 2,000.00  | 2,000.00      |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/09/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE